ACCEPTED
03-15-00025-CV
5967453
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/7/2015 4:01:58 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

_____

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/7/2015 4:01:58 PM

JEFFREY D. KYLE
Clerk

_____

APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND
SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT,
LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS
SPECIALTY HOSPITAL, LLC

v.

APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE
TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY
REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT
PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC
AND FRANK T. SOSSI

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF CROSS-APPELLANT**

_____

TO THE HONORABLE COURT OF APPEALS:

Cross-Appellant Lake Travis Transitional LTCH, LLC n/k/a Lake Travis
Specialty Hospital, LLC ("LTT") files this unopposed motion for a 30-day
extension of time to file its Brief of Cross-Appellant in this appeal. Currently the
brief is due on July 30, 2015. LTT respectfully requests that this Court extend the
time for filing its brief to Monday, August 31, 2015. This is the first request for an
extension of time by LTT.

1226405

LTT seeks this extension in order to have adequate time to analyze and brief this issues in this case. The record in this appeal is sizeable, including a 20-volume Reporter's Record from a jury trial. There are a number of different parties and issues in this appeal. The size of the record and the number of parties and issues necessitate the additional time LTT requests in this motion.

This motion is unopposed.

WHEREFORE, LTT respectfully requests that this Court grant this motion, extend the deadline to file its brief of Cross-Appellant to August 31, 2015, and grant to it all other relief to which it may be entitled.

1226405

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, 24th Floor
Austin, TX  78701
(512) 495-6300
(512) 495-6399 Fax


By: /s/ *Jane Webre*_____
  S. Abraham Kuczaj, III
  State Bar No. 24046249
  akuczaj@scottdoug.com
  Paige Arnette Amstutz
  State Bar No. 00796136
  pamstutz@scottdoug.com
  Steven J. Wingard
  State Bar No. 00788694
  swingard@scottdoug.com
  Jane Webre
  State Bar No. 21050060
  jwebre@scottdoug.com

ATTORNEYS FOR CROSS-
APPELLANT/APPELLEE LAKE TRAVIS
TRANSITIONAL LTCH, LLC n/k/a LAKE
TRAVIS SPECIALTY HOSPITAL, LLC


## CERTIFICATE OF CONFERENCE

I certify that Joy Soloway and Ryan Fellman counsel for Cross-Appellees in this appeal, stated that they do not oppose the relief sought through this motion.

    */s/  Jane Webre*_____
    Jane M.N. Webre

3

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing pleading was served on the following counsel of record via the CM/ECF electronic noticing system, on July 7, 2015.

Jeff Cody
Barton Wayne Cox
NORTON ROSE FULBRIGHT
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784

Joy Soloway
NORTON ROSE FULBRIGHT
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Robert A. Bragalone
B. Ryan Fellman
GORDON & REES, LLP
2100 Ross Avenue, Suite 2800
Dallas, TX  75201

*/s/  Jane Webre*
Jane M.N. Webre

4